

# IN THE
# TENTH COURT OF APPEALS

### No. 10-23-00264-CR

**TAJUAN LAMAR HARRIS,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the County Court at Law
### Navarro County, Texas
### Trial Court No. C41835-CR

## MEMORANDUM OPINION

Tajuan Lamar Harris appeals his conviction for manufacture/delivery of a controlled substance, over four grams but less than 200 grams. *See* TEX. HEALTH & SAFETY CODE § 481.112(a),(d). According to the judgment, Harris's sentence was imposed on April 14, 2023. Harris's notice of appeal was due May 15, 2023. *See* TEX. R. APP. P. 26.2(a)(1). Thus, it's filing on August 24, 2023, is untimely. *Id.*; *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996) ("A defendant's notice of appeal is timely if filed within thirty days after the day sentence is imposed or suspended in open court….").

We have no jurisdiction of an untimely appeal. *Olivo*, 918 S.W.2d at 522 (no appellate jurisdiction where notice of appeal is untimely). Accordingly, this appeal is dismissed. *See id*. at 523.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Johnson, and
        Justice Smith
Appeal dismissed
Opinion delivered and filed September 14, 2023
Do not publish
[CR25]

